**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| LIANNE YAO, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) **Case No. 18-22213-cv-ALTONAGA/Goodman** |
| v. | ) |
| | ) |
| ULTA BEAUTY, INC. and ULTA BEAUTY COSMETICS, LLC, | ) **DEFENDANTS'** |
| | ) **MOTION TO DISMISS THE COMPLAINT** |
| | ) |
| *Defendants*. | ) |
| | ) |

Defendants Ulta Beauty, Inc. ("Ulta Beauty") and Ulta Beauty Cosmetics, LLC ("Ulta Beauty Cosmetics") (collectively, "Defendants"), by and through their undersigned counsel, hereby move that the Court dismiss Plaintiff Lianne Yao's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction and Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. In support thereof, Defendants rely on their contemporaneously filed Memorandum in Support of Defendants' Motion to Dismiss the Complaint.

WHEREFORE, for the reasons stated in Defendants' Memorandum in Support, Defendants respectfully request that the Court grant this Motion and dismiss Plaintiff's Complaint.

DATED: June 11, 2018.

Respectfully submitted,

 /s/ *Alan G. Greer*_____
Alan G. Greer, Esq.
Fl. Bar No. 123294
Mark A. Romance
Fl Bar No. 21520
Georgia A. Thompson, Esq.
Fl. Bar No. 100181
RICHMAN GREER, P.A.
396 Alhambra Circle
North Tower, 14th Floor
Miami, Florida 33134
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
mromance@richmangreer.com
agreer@richmangreer.com
gthompson@richmangreer.com
brodriguez@richmangreer.com
hvidal@richmangreer.com

AND

Craig C. Martin (pro hac vice application to be filed)
Matt D. Basil (pro hac vice application to be filed)
Paul B. Rietema (pro hac vice application to be filed)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654-3456
Telephone: (312) 222-9350
Facsimile:  (312) 527-0484
cmartin@jenner.com
mbasil@jenner.com
prietema@jenner.com
*Attorneys for Ulta Beauty, Inc. and Ulta Beauty Cosmetics, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 11, 2018, a true and correct copy of the foregoing ***Defendants' Motion to Dismiss the Complaint*** was electronically filed with the Clerk using the CM/ECF filing system and served upon on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF filing system or in some other authorized manner to:

Lance A. Harke, Esq.
Daniel Tropin, Esq.
Barbara C. Lewis, Esq.
HARKE CLASBY & BUSHMAN LLP
9699 NE Second Ave.
Miami Shores, FL 33138
lharke@harkeclasby.com
dtropin@harkeclasby.com
blewis@harkeclasby.com
*Counsel for Plaintiff*

                                              */s/ Alan G. Greer*
                                           *Attorney for Ulta Beauty, Inc. and Ulta Beauty Cosmetics, LLC*